IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OCEANTRADE S.A.,

    Plaintiff,

  v.

NUTTERY FARMS, INC.,

    Defendant.
                                 /

No. C 05-02589 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The case management conference, currently scheduled for **DECEMBER 1, 2005 AT 11:00 A.M.**, is continued to **DECEMBER 15, 2005**, immediately following the hearing on the pending motion to compel arbitration. Counsel shall please file a joint case management statement at least ten days in advance.

      **IT IS SO ORDERED.**

Dated: November 16, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE