IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANTRADE S.A., | No. C 05-02589 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| NUTTERY FARMS, INC., | |
| Defendant. | |

The Court **DENIES** the parties' stipulation for a second continuance of the case management conference. Counsel must appear at the conference currently set for **JUNE 8, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 6, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE