IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OCEANTRADE S.A.,

    Plaintiff,

  v.

NUTTERY FARMS, INC.,

    Defendant.
                               /

No. C 05-02589 WHA

**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference, currently set for July 6, 2006, to **JULY 20, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 5, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE