IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OCEANTRADE S.A.,

    Plaintiff,

v.

NUTTERY FARMS, INC.,

    Defendant.

No. C 05-02589 WHA

**ORDER TO SHOW CAUSE**

    The parties failed to appear for the case management conference scheduled today at 11:00 a.m. Simply because defendant has filed for bankruptcy does not mean that counsel can ignore the deadlines and scheduling requirements in the above-captioned action. The parties are ordered to appear at 11:00 a.m. on August 31, 2006 to explain the status of this case.

    **IT IS SO ORDERED.**

Dated: July 20, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE