IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OCEAN TRADE S.A.,

    Plaintiff,

v.

NUTTERY FARMS, INC.,

    Defendant.
                     /

No. C 05-02589 WHA

**ORDER CONTINUING STATUS CONFERENCE**

      The Court **CONTINUES** the status conference, currently set for September 20, 2007, to **OCTOBER 11, 2007, AT 11:00 A.M.** Please file a joint status conference statement no less than seven days prior.

    **IT IS SO ORDERED.**

Dated: September 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE