10/09/2007  09:31    8189817635          PASTOR SCHIFF SUMMER               PAGE  02/02

Michael J. Schiff, Esq., SBN 34338
PASTOR, SCHIFF & SUMMERS LLP
16830 Ventura Boulevard
Suite 345
Encino, California 91436
Telephone: (818) 981-2131
Facsimile: (818) 981-7635

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OCEANTRADE S.A.,

        Plaintiff(s),

v.

NUTTERY FARMS, INC.,

        Defendant(s).

CASE NO.  3:05 CV-02589 WHA

JOINT STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER THEREON

The undersigned hereby stipulate that the within action be dismissed, with prejudice, with each party to bear its own costs and attorneys fees.

DATED: October 4, 2007.        PASTOR, SCHIFF & SUMMERS LLP

                                  By _____
                                      Michael J. Schiff
                                      Attorneys for Plaintiff
                                      Oceantrade S.A.

DATED: October 4, 2007.        BAKER, MANOCK & JENSEN

                                  By _____
                                      John G. Michael
                                      Attorneys for Defendant
                                      Nuttery Farms, Inc.

## ORDER

The Court, having reviewed the Joint Stipulation for Voluntary Dismissal and the other papers and pleadings contained in the file of the within action, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the within action is hereby dismissed, with prejudice, each party to bear its own costs and attorneys fees.

DATED: October __10__, 2007.



_____
United States Magistrate Judge